## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

JONATHAN S. MORRIS, P.A., *et al.*,

        *Plaintiffs*,

        *v.*

CHAMBER APPROVED, INC., *et al.*,

        *Defendants.*

Case No. 0:18-cv-61105-DPG

## NOTICE OF SETTLEMENT

Plaintiffs hereby give notice that the parties have reached a settlement in principal and respectfully request that all current deadlines be suspended for 10 days to allow the parties to memorialize their settlement in a written agreement.

Dated: July 3, 2018

By: _/s/ Avi Kaufman_____
Avi R. Kaufman (FL Bar No. 84382)
kaufman@kaufmanpa.com
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3rd day of July, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ *Avi R. Kaufman*