# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

JONATHAN S. MORRIS, P.A., *et al.*,

    *Plaintiffs*,

v.

CHAMBER APPROVED, INC., *et al.*,

    *Defendants.*

Case No. 0:18-cv-61105-DPG

## NOTICE OF DISMISSAL

Plaintiffs Jonathan S. Morris, P.A. and Broward Psychology P.A., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss this action with prejudice.

Dated:  August 1, 2018

    */s/ Avi R. Kaufman*
    Avi R. Kaufman (Florida Bar No. 84382)
    KAUFMAN P.A.
    400 NW 26TH Street
    Miami, Florida 33127
    Telephone: (305) 469-5881
    Email: kaufman@kaufmanpa.com

    *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 1, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                         /s/ *Avi R. Kaufman*